**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES,**<br>Plaintiff<br><br>vs<br><br>**XAVIER JENKINS,**<br>Defendant | Case No. 3:17-00124-10<br><br>Hon. Crenshaw/Brown |

## AGREED SUPPLEMENTAL PROTECTIVE ORDER RELATING SOLELY TO DEFENDANT XAVIER JENKINS

Defendant's Motion for a Supplemental Protective Order (D.E. 354) is **GRANTED**. In addition and as a supplement to the discovery protective order issued by this Court previously (D.E. 301), the following, relating solely to Defendant Xavier Jenkins, is hereby ORDERED:

1. The Government will obtain an encryption waiver and provide Defense Counsel for Defendant Jenkins with a fresh copy of unencrypted discovery in the same categories as provided for in D.E. 301. Alternatively, the Government may use Microsoft BitLocker to encrypt the external media used to produce the discovery.

2. Regarding watermarking and document restrictions: The Government will provide the fresh copy of discovery to Defense Counsel for Defendant Jenkins with unrestricted, non-watermarked copies of the discovery. This non-watermarked and non-restricted version of discovery shall not be disseminated to, and shall not be retained by Defendant Jenkins. Any and all non-watermarked and non-restricted versions of discovery shall be retained solely by defense counsel

3. Defense Counsel shall only provide Defendant Jenkins with discovery in the "may

disseminate" category (see, D.E. 301, p.2, PageID 1759) with the watermarks and document restrictions intact. If any of the unrestricted, non-watermarked copies of the discovery has been modified or edited, such as by page extraction, mark-ups, comments, highlighting, etc., and defense counsel wishes to provide such modified discovery to Defendant Jenkins, then such modified discovery will first be watermarked with a mid-page watermark representing Defendant Jenkins's number in the indictment (i.e., "10") and in such a way that Defendant Jenkins cannot remove the watermark. The watermark on each page shall approximate the size and location (but not necessarily the orientation) on the page(s) of the Government's original watermark.

4. The Government shall facilitate making the case agent reasonably available if Defense Counsel would like to see any of the original files, recordings, documents, or photographs in this case (which are maintained as exhibits in the ATF vault).

**IT IS SO ORDERED**.

Joe B Brown
HON. JOE BROWN
U.S. MAGISTRATE JUDGE

APPROVED FOR ENTRY:

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant
4183 Franklin Rd.
Suite B1-10
Murfreesboro TN 37128
615-360-6060
jgonzalez@jglaw.net

/s/ Ben Schrader
Ben Schrader
Assistant United States Attorney
110 9th Ave. South
Suite A-961
Nashville TN 37203-3870
(615) 401-6615 (office)
ben.schrader@usdoj.gov