RECEIVED

FEB 13 2024

U.S. District Court
Middle District of TN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,            )
                    Plaintiff,       )
                                     )
v.                                   )    Case No. 3:17-Cr-00124
                                     )    United States District Court Judge
Decarlos Titington,                  )    Honorable Judge Crenshaw
                    Defendant.       )
                                     )

## Motion for Modification or Reduction of Sentence Pursuant to
## 18 U.S.C.§ 3582(c)(2)
( Guideline Amendment No. 821 )


Now Comes Decarlos Titington pro per, I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "status points" by one point for defendants with seven or more criminal history points and eliminated "status points" for defendants for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then-United States Sentencing Guideline ( U.S.S.G. ) §4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. The change is retroactive as of November 1st, 2023 and has an effective date of February 1, 2024.

In support of this motion, I, Decarlos Titington state as follows:

1. I am serving a term of imprisonment.

2. My presentence report: included "status points" in the calculation

of my criminal history score  under then-U.S.S.G.§4A1.1(d). Specifically, Montgomery County General Sessions Court Dockets Nos. 10404522, 10625479, and 40700885; Montgomery County Criminal Docket Nos. 41100925 and 41300627; and Christian County District Court Docket Nos. 06-T-4500 and 07-F-77, were used, and my criminal history points were overstated because Application Notes for §4A1.1(b) certain prior sentences are not counted or are counted only under certain conditions: A sentence imposed more than ten years prior to the defendant's commence of the instant offense is not counted. Also "sentence of imprisonment" is defined at §4A1.2(b)(2) If part of a sentence of imprisonment was suspended,"sentence of imprisonment" refers only to the portion that  was not suspended .

3. I was sentenced in the Middle District of Tennessee on 11/27/2019 to a term of 270 months in prison. My total offense level was 30 and my criminal history category was category IV instead of category III respectfully.

4. My projected release date is September 7th, 2038. I understand that the Amendment does not authorize release of any defendant until after February 1, 2024.

If the court determines I need a court-appointed attorney, Petitioner -Defendant is ready to complete an Financial Affidavit. If not Petitioner-Defendant would like the reduction and or modification respectfully. I make this under oath 28 USC §1746.

// _Decarlos Titington_

To: Clerk, U.S.District Court
U.S. Courthouse Room 800
Nashville, TN. 37203

Decarlos Titington
FCI Gilmer, P.O. Box 6000
Glenville, WV 26351

DeCarlos Titington 15860-075
FCI Gilmer
P.O. Box 6000
Glenville W.V. 26351

RECEIVED

FEB 13 2024

U.S. District Court
Middle District of TN

By S. Bemp
Checked

Legal

CHARLESTON WV 250

Federal Clerks Office
801 Broadway
Nashville Tn. 37203-3816

37203-381699

Case 3:17-cr-00124   Document 2367   Filed 02/13/24   Page 3 of 3 PageID #: 37502