RECEIVED

MAY 0 8 2024

U.S. District Court
Middle District of TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,              )
                    Plaintiff,         )
                                       )
                                       )     case # 3:17-cr-00124-7
v.                                     )     Presiding Judge Honorable
                                       )     Chief Judge Crenshaw
                                       )
DECARLOS TITINGTON,                    )
                    Defendant.         )

REPLY TO GOVERNMENT'S MOTION TO OPPOSE
DEFENDANT PRO SE MOTION FOR A SENTENCE
REDUCTION AND OR MODIFICATION UNDER
AMENDMENT 821  TO THE U.S.S.G.§ 4A1.1(e)

Now Comes Petitioner DeCarlos Titington, pro se REPLYING and addressing the government's motion. First Defendant would like the court to re-appoint counsel. Defendant understands that he has "status points" that gave him extra criminal history points, he also has an overstated criminal history thats given him extra criminal history points as well that has resulted in additional time being added to his sentence. Courts are granting defendant's relief based on Amendment 821 being retroactive and reducing their sentences to reflect retroactivity. Basically, if the defendant has status points and he is entitled to a reduction based on that law, he should be furnished that reduction. The same has applied to enhancements when the conduct of a defendant triggered status points, it was given. The government should not be allowed to give way concerning the retroactive laws. They create law of marque in their action. Courts have also corrected criminal history points as well when a person filed Amendment 821 pursuant to 18 U.S.C.

§3582(c)(2). See U.S. v. Addison Moya, 2024 U.S.Dist. LEXIS 33409 (E.D. Tenn. Feb. 27,2024) Where the Court reduced defendant's sentence of 50 months to time served.

In Conclusion the facts or opinons of the defndant's case has no barrings on a change of law that benefits a retroactive reduction and or modification. Petitioner-Defendant ask this Honorable Court to re-appoint attorney to represent him and properly place him in the right criminal history category.

// DeCarlos Titington

DeCarlos Titington
Reg. # 15860-075
FCI Gilmer, P.O. Box 6000
Glenville, WV. 26351

Clerk of U.S.Dist.Court
Middle District of Tenn.

DeCarlos Titington 15860-075
FCI Gilmer
P.O.Box 6000
Glenville W.V. 26351

RECEIVED
MAY 08 2024
U.S. District Court
Middle District of TN

CHARLESTON WV 250

1 MAY 2024 PM 2 L

Clerk: U.S. District Court
U.S. Courthouse Room 800
Nashville Tn. 37203

Case 3:17-cr-00124   Document 2389   Filed 05/08/24   Page 3 of 3 PageID #: 37560